IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
 FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Richard Clegg

Civil Case #: 1:20-cv-00982

**NOTICE OF VOLUNTARY DISMISSMAL**

COMES NOW, Plaintiff, Richard Clegg, by and through the undersigned counsel, hereby
respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all
defendants, in this particular Civil Action No. 1:20-cv-00982 filed on March 27, 2020.

Date: August 22, 2025.

Respectfully submitted,

**TAUTFEST BOND, PLLC**
/s/ Monte Bond
Monte Bond, (TX Bar 02585625)
5473 Blair Rd, Suite 2000 Dallas,
TX 75231
Telephone: (214) 617-9980
Facsimile: (214) 853-4281
mbond@tbtorts.com
***Attorneys for Plaintiff***

ACKNOWLEDGED. Case is
dismissed without prejudice.
DATED: Oct 16, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana